IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    SANTOS ADOLFO FUNEZ,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Government's Motion for a Protective Order [Docket No. 732], which seeks to limit the use, custody, and circulation of proffer reports for cooperating defendants and the plea agreement of Pedro Lujano-Gonzalez which is under restricted access in Criminal Case No. 13-cr-00161-REB for purposes of the trial regarding this defendant.

The defendant does not oppose the relief requested. For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d) and the All Writs Act, Title 28 U.S.C. § 1651.

The Court is familiar with the file in this case and has reviewed the motion. The government has expressed concerns that the listed materials not be left in the exclusive custody of the defendant, citing concerns for witness safety that could stem from the unauthorized publication, duplication, or circulation of these documents. In the context

of the trial and trial preparations, the Court finds and concludes that the concerns expressed have merit. Accordingly, the Government's motion will be granted.

Being now sufficiently advised in the premises, the Court finds and concludes it is in the best interests of justice to grant the Government's Motion for Protective Order.

It is ordered that the proffer reports of cooperating co-defendant witnesses and the plea agreement of Pedro Lujano-Gonzalez currently filed under restriction in Criminal Case No. 13-cr-00161-REB that the government will produce to the defense in this case shall be used by the defendant for official purposes related to judicial proceedings in this case only.

Further, pursuant to this Order, these materials shall remain in the physical custody and control of the defense attorney, Michael Uwate, and his employees. The listed documents shall not be left in the exclusive custody of the defendant. The defendant and other persons assisting the attorney for the defendant may review the materials, but such review must be accomplished without violating the rule that the materials are to remain, at all times, under the custody and physical control of the attorney, either personally or through the custody and control of his employees. Unless the attorneys for the defense and the government come to a specific understanding to the contrary, these materials shall not be copied, reproduced, published, or publicly circulated by the defense without further order of Court or until its use in judicial proceedings at time of trial or in official hearings or proceedings related to this case.

In the event the defense and the government agree that certain documents should be exempted from the limits otherwise imposed by this Order, they may do so by mutual agreement.

At the conclusion of the case, the above-described materials shall be returned to the government.

DATED May 12, 2014.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge